AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

|  |  |  |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   19-sw-5666-STV |
| 4081 S. Clermont Street, Englewood, Colorado 80113 further described in Attachment A | ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I am a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A attached hereto and hereby incorporated by reference.

located in the _____ District of _____ Colorado _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and hereby incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841, 843 & 846 | Possession and Conspiracy to Possess with Intent to Distribute and Distribution of |
| 31 U.S.C. §§ 5324 & 5313 | a Controlled Substance; Financial Structuring; and Money Laundering |
| 18 U.S.C. §§ 1956 & 1957 | |

The application is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached affidavit, which is incorporated by reference.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
s/Brenna McIntosh
*Applicant's signature*

_____
Special Agent Brenna McIntosh, DEA
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.

☒ submitted, attested to, and acknowledged by reliable electronic means.

Date:  June 25, 2019

_____
*Judge's signature*

City and state:  Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF LOCATION TO BE SEARCHED

**Address:  4081 S. Clermont Street, Englewood, Colorado 80113**

**Property Description:**  A single family residence in the Cherry Hills neighborhood of Englewood, Colorado.  The single family residence is located on the west side of South Clermont Street and is the second house north from East Oxford Place.  The single family residence is a one story ranch-style with a basement and attached two-car garage.  The front exterior of the structure is predominately light red brick with white trim and a white two-car garage door, gray siding is also observed above the light red brick, and there is a composite roof. The driveway entrance starts at the southern end of the lot and curves in front of the house to the garage which is at the north end of the structure.  A wooden split-rail fence follows the edge of the driveway.  A black metal mailbox is posted at the end of the driveway with the number "4081" posted on the side of the mailbox.  The front porch is in the middle of the structure and provides access to the front doors which consist of two black doors with brass-colored door handles.  The numbers "4081" in brass are set horizontally on the trim over the front porch.  Two large evergreens are in the yard to the south of the front doors, and a green-leafed tree is in the yard near the garage.

 

**ATTACHMENT B**

A. Patient medical records, charts, private insurance records, scheduling records, billing records, files and notes relating to the following patients (such records are usually maintained both in hardcopy form and on computer systems), identified herein by initials:

1. Patient B.E.

2. Patient Jo.Fa.

3. Patient Wa.Johnc. and Wa.Johna.

4. Patient Sa.Pr.

5. Patient Da.St.

6. Patient P.V.

7. Patient C.A.

8. Patient K.A.

9. Patient M.A.

10. Patient D.A.

11. Patient R-T.B.

12. Patient E.B.

13. Patient L.B.

14. Patient Ry.Br.

15. Patient P.C.

16. Patient An.Ci.

17. Patient Ja.De.

18. Patient G.E.

19. Patient Ja.Fi.

1

20. Patient L.F.

21. Patient J.H.

22. Patient S.H.

23. Patient A.H.

24. Patient P.H.

25. Patient E.H.

26. Patient B.K.

27. Patient Ky.Ke.

28. Patient P.K.

29. Patient Ke.Ke.

30. Patient J.K.

31. Patient S.K.

32. Patient M.K.

33. Patient X.L-B.

34. Patient C.L.

35. Patient Tr.Ma.

36. Patient Th.Ma.

37. Patient D.M.

38. Patient A.M.

39. Patient P.M.

40. Patient W.P.

41. Patient Th.Ri.

42. Patient Ch.Ri.

43. Patient Je.Ra.

44. Patient B.R.

45. Patient E.S.

46. Patient Do.Su.

46. Patient WR.T.

48. Patient J.T.

49. Patient Ty.Wa.

50. Patient B.Wh.

51. Patient B.Z.

52. Patient Co.Be.

53. Patient Kr.Bi.

54. Patient J.C.

55. Patient M.C.

56. Patient Ch.Co.

57. Patient Am.Cr.

58. Patient Ch.Cu.

59. Patient Au.Da.

60. Patient Ra.Da.

61. Patient K.E.

62. Patient B.F.

63. Patient A.G.

64. Patient Je.Lo.

65. Patient L.L.

66. Patient Am.Ma.

67. Patient K.M.

68. Patient S.N.

69. Patient Da.Sp.

70. Patient Ry.Ro.

71. Patient J.S.

72. Patient F.S.

73. Patient Tr.Ye.

74. Patient S.A.

75. Patient T.B.

76. Patient J.C-L.

77. Patient N.D.

78. Patient St.Le.

79. Patient Sh.Li.

80. Patient H.M.

81. Patient Mi.Po.

82. Patient Co.Ro.

83. Patient Jo.Sc.

84. Patient Da.So.

85. Patient S.VD.

86. Patient Be.Wa.

87. Patient G.K.

B.  Records relating to violations of:

Title 21, U.S.C. Sections 841 (a)(1), 841 (b)(1)(C), 843, and 846, and Title 21 Code of Federal Regulations (CFR) Sections 1306.04 and 1306.05 (Dispensing or Distribution of Controlled Substances without a Legitimate Medical Purpose, and Conspiracy);

The term "records" include all of the above items of evidence in whatever form and by whatever means they may have been created or stored, including any copies, drafts, electrical, electronic, or magnetic form (such as any information on any electronic or magnetic storage device, including DVDs, floppy diskettes, hard disks, hard drives, ZIP disks, CD-ROMS, optical discs, backup tapes, printer buffers, smart cards, pagers, personal digital assistants such as Palm Pilot or Blackberry computers, as well as printouts or readouts from any magnetic storage device); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, cassette tapes, DVDs, or photocopies).

C. Any computers (including desktop computers, laptop computers, and storage devices such as hard drives) that may contain the items sought in Sections A and B above.