IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.   19-sw-5666-STV

IN THE MATTER OF THE SEARCH OF:
4081 S. Clermont Street, Englewood, Colorado 80113

*Filed Under Restriction*

---

GOVERNMENT'S MOTION TO RESTRICT CASE

---

The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and the undersigned Assistant United States Attorney, moves for an Order restricting the Search Warrant, Application, and Affidavit for Search Warrant in the above-named matter, as well as this Motion. The Government Requests a "Level 3" Restriction which would make the documents, and any order regarding the contents of these documents, "Viewable by Filer & Court" only, and as grounds therefore submits the following:

1. Said Search Warrant, Application and Affidavit for Search Warrant, and this Motion have been filed as a part of a continuing investigation.

2. The release of the information in the application and affidavit in this matter may substantially jeopardize the ongoing investigation based on concerns of destruction of evidence, flight from prosecution, and other obstructive conduct.

WHEREFORE, it is respectfully requested that the Search Warrant, Application, and Affidavit for Search Warrant in the above-named matter, as well as this Motion, be restricted at a Level 3 restriction until further order of the Court.

Respectfully submitted June 25, 2019.

JASON R. DUNN
United States Attorney

By: *s/ Jaime A. Peña*
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO. 80202
Telephone: (303) 454-0100
Fax: (303) 454-0401
e-mail: Jaime.Pena@usdoj.gov
Attorney for the Government