IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.   19-sw-5666-STV

IN THE MATTER OF THE SEARCH OF:

4081 S. Clermont Street, Englewood, Colorado 80113

*Filed Under Restriction*

---

ORDER TO RESTRICT CASE

---

Upon the motion of the United States of America, and for good cause shown,

IT IS ORDERED that the Search Warrant, Application, and Affidavit for Search Warrant in the above-named matter, as well as the Government's Motion to Restrict and this Order, are restricted at a Level 3 restriction, and will be "Viewable by Filer & Court Only."

DATED this   25th   day of June, 2019.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO