AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
7:36 am, Jun 02, 2020
**JEFFREY P. COLWELL, CLERK**

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>4081 S. Clermont Street, Englewood, Colorado 80113<br>further described in Attachment A | )<br>)<br>)    Case No.  19-sw-~~5665-SKC~~  STV   5666<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Colorado _____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A attached hereto and hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   July 9, 2019   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Scott T. Varholak
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   6/25/2019, 11:49 a.m.   _____
*Judge's signature*

City and state:   Denver, CO   Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 5666<br>19-sw-~~5665~~-STV | Date and time warrant executed:<br>06/25/2019 1:35 pm | Copy of warrant and inventory left with:<br>Dr. WEISS (warrant); kitchen table (inventory) |
|---|---|---|

Inventory made in the presence of :
DI Pickrel

Inventory of the property taken and name of any person(s) seized:

Patient files for: B.E. (#1); Jo.Fa. (#2); Sa.Pr. (#4); Da.St. (#5); C.A. (#7); K.A. (#8); R-T.B. (#11); P.C. (#15); Ja.De. (#17); G.E. (#18); L.F. (#20); J.H. (#21); A.H. (#23); P.H. (#24); B.K. (#26); Ky.Ke (#27); S.K. (#31); X.L-B. (#33); Tr.Ma. (#35); W.P. (#40); Th.Ri. (#41); Je.Ra. (#43); J.T. (#48); Co.Be. (#52); M.C. (#55); Ch.Co. (#56); Ra.Da. (#60); Am.Ma. (#66); K.M. (#67); S.N. (#68); Da.Sp. (#69); Ry.Ro. (#70); F.S. (#72); J.C-L. (#76); N.D. (#77); Sh.Li. (#79); H.M. (#80); Be.Wa. (#86); G.K. (#87).

Prescription bottle with prescription label containing tablets for patient S.VD. (#85); partial patient files or documents with patient information on them found in trash cans; partial patient files or documents with patient information on them; prescriptions bottles; health insurance documents; pre-filled documents for patient files with patient name left blank; prescription records; and miscellaneous documents.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/28/2019

*Executing officer's signature*

SA Brenna McIntosh, DEA
*Printed name and title*

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

**Address:** 4081 S. Clermont Street, Englewood, Colorado 80113

**Property Description:** A single family residence in the Cherry Hills neighborhood of Englewood, Colorado. The single family residence is located on the west side of South Clermont Street and is the second house north from East Oxford Place. The single family residence is a one story ranch-style with a basement and attached two-car garage. The front exterior of the structure is predominately light red brick with white trim and a white two-car garage door, gray siding is also observed above the light red brick, and there is a composite roof. The driveway entrance starts at the southern end of the lot and curves in front of the house to the garage which is at the north end of the structure. A wooden split-rail fence follows the edge of the driveway. A black metal mailbox is posted at the end of the driveway with the number "4081" posted on the side of the mailbox. The front porch is in the middle of the structure and provides access to the front doors which consist of two black doors with brass-colored door handles. The numbers "4081" in brass are set horizontally on the trim over the front porch. Two large evergreens are in the yard to the south of the front doors, and a green-leafed tree is in the yard near the garage.




Case 1:19-sw-05666-STV *SEALED*   Document 2   Filed 06/25/19   USDC Colorado   Page 4 of 8

## ATTACHMENT B

A. Patient medical records, charts, private insurance records, scheduling records, billing records, files and notes relating to the following patients (such records are usually maintained both in hardcopy form and on computer systems), identified herein by initials:

1. Patient B.E.
2. Patient Jo.Fa.
3. Patient Wa.Johnc. and Wa.Johna.
4. Patient Sa.Pr.
5. Patient Da.St.
6. Patient P.V.
7. Patient C.A.
8. Patient K.A.
9. Patient M.A.
10. Patient D.A.
11. Patient R-T.B.
12. Patient E.B.
13. Patient L.B.
14. Patient Ry.Br.
15. Patient P.C.
16. Patient An.Ci.
17. Patient Ja.De.
18. Patient G.E.
19. Patient Ja.Fi.

1

20. Patient L.F.

21. Patient J.H.

22. Patient S.H.

23. Patient A.H.

24. Patient P.H.

25. Patient E.H.

26. Patient B.K.

27. Patient Ky.Ke.

28. Patient P.K.

29. Patient Ke.Ke.

30. Patient J.K.

31. Patient S.K.

32. Patient M.K.

33. Patient X.L-B.

34. Patient C.L.

35. Patient Tr.Ma.

36. Patient Th.Ma.

37. Patient D.M.

38. Patient A.M.

39. Patient P.M.

40. Patient W.P.

41. Patient Th.Ri.

42. Patient Ch.Ri.

43. Patient Je.Ra.

44. Patient B.R.

45. Patient E.S.

46. Patient Do.Su.

46. Patient WR.T.

48. Patient J.T.

49. Patient Ty.Wa.

50. Patient B.Wh.

51. Patient B.Z.

52. Patient Co.Be.

53. Patient Kr.Bi.

54. Patient J.C.

55. Patient M.C.

56. Patient Ch.Co.

57. Patient Am.Cr.

58. Patient Ch.Cu.

59. Patient Au.Da.

60. Patient Ra.Da.

61. Patient K.E.

62. Patient B.F.

63. Patient A.G.

64. Patient Je.Lo.

65. Patient L.L.

66. Patient Am.Ma.

67. Patient K.M.

68. Patient S.N.

69. Patient Da.Sp.

70. Patient Ry.Ro.

71. Patient J.S.

72. Patient F.S.

73. Patient Tr.Ye.

74. Patient S.A.

75. Patient T.B.

76. Patient J.C-L.

77. Patient N.D.

78. Patient St.Le.

79. Patient Sh.Li.

80. Patient H.M.

81. Patient Mi.Po.

82. Patient Co.Ro.

83. Patient Jo.Sc.

84. Patient Da.So.

85. Patient S.VD.

      86. Patient Be.Wa.

      87. Patient G.K.

B.    Records relating to violations of:

Title 21, U.S.C. Sections 841 (a)(1), 841 (b)(1)(C), 843, and 846, and Title 21 Code of Federal Regulations (CFR) Sections 1306.04 and 1306.05 (Dispensing or Distribution of Controlled Substances without a Legitimate Medical Purpose, and Conspiracy);

The term "records" include all of the above items of evidence in whatever form and by whatever means they may have been created or stored, including any copies, drafts, electrical, electronic, or magnetic form (such as any information on any electronic or magnetic storage device, including DVDs, floppy diskettes, hard disks, hard drives, ZIP disks, CD-ROMS, optical discs, backup tapes, printer buffers, smart cards, pagers, personal digital assistants such as Palm Pilot or Blackberry computers, as well as printouts or readouts from any magnetic storage device); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, cassette tapes, DVDs, or photocopies).

C. Any computers (including desktop computers, laptop computers, and storage devices such as hard drives) that may contain the items sought in Sections A and B above.

5