IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-sw-05666-STV

IN THE MATTER OF THE SEARCH OF
4081 S. Clermont Street, Englewood,
Colorado 80113 further described in
Attachment A

**FILED UNDER RESTRICTION**
_____

**UNITED STATES' MOTION TO UNRESTRICT CASE**
_____

COMES NOW the United States of America, by and through Bryan D. Fields, Assistant United States Attorney, and respectfully moves the Court for an Order unrestricting the above-named matter. As grounds therefore, the United States submits the following:

The defendant has been charged and the reasons originally supporting restriction no longer apply. The government seeks to produce these materials to the defendant as part of discovery in 21-cr-00233-DDD.

WHEREFORE, it is respectfully requested that this case be unrestricted.

DATED this 2nd day of August 2021.

          Respectfully submitted,

          MATTHEW T. KIRSCH
          Acting United States Attorney

By:   *s/ Bryan D. Fields*
       Bryan D. Fields
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202

1

Telephone: (303) 454-0251
Email: bryan.fields3@usdoj.gov
Attorney for the Government