IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-sw-05666-STV

IN THE MATTER OF THE SEARCH OF
4081 S. Clermont Street, Englewood,
Colorado 80113 further described in
Attachment A

**FILED UNDER RESTRICTION**

_____

**ORDER TO UNRESTRICT CASE**

_____

THIS MATTER comes before the Court on the United States' Motion to Unrestrict

Case, and the Court being fully apprised, ORDERS that the Motion is GRANTED and this

case is unrestricted.

SO ORDERED this _____ day of _____, 2021.

BY THE COURT:


_____
HON. SCOTT T. VARHOLAK
United States Magistrate Judge